Southern Fulton School District *v.* Hill, Appellant.

Argued March 9, 1970. *Elmer L. Hill*, appellant, in propria persona; *John McD. Sharpe, Jr.*, for appellee.
Order affirmed.